UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60530-UU

ENVISION HEALTHCARE
CORPORATION, *et al.*,

    Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant's Motion to Compel Arbitration (D.E. 24) and Defendant's Motion to Stay Proceedings Pending Determination of Motion to Compel Arbitration (D.E. 25).

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised of the premises.

Defendant moves to compel arbitration on the grounds that the contract at issue in this case includes a broad arbitration provision. *See* D.E. 21-1, p. 17, Article VIII (requiring binding arbitration of "any and all disputes between [the parties]"). Defendant also moves to stay this case pending resolution of the motion to compel arbitration. In light of the facial applicability of the arbitration provision to this case, the Court will stay discovery pending further order of the Court.[1] It will not stay any other deadlines. Accordingly, it is hereby

---

[1] The Plaintiff has attempted to plead around the arbitration provision by arguing that because Defendant has breached the agreement, Plaintiff is no longer bound by the arbitration provision. D.E. 1 ¶ 3. The Parties shall focus on this issue in their response and reply briefs. *See Krinsk v. SunTrust Banks, Inc.*, 654 F.3d 1194, 1201 (11th Cir. 2011).

ORDERED AND ADJUDGED that Plaintiffs SHALL file a response to the Motion to Compel Arbitration (D.E. 24) no later than **Thursday, April 12, 2018.**  Defendants SHALL file a reply to Plaintiffs' response no later than **Friday, April 13, 2018 at 5:00 P.M.**  It is further

ORDERED AND ADJUDGED that the Motion to Stay (D.E. 25) is GRANTED IN PART AND DENIED IN PART.  Discovery in this matter is hereby STAYED until the Court issues an order on the Motion to Compel Arbitration.  All other deadlines remain in effect.

DONE AND ORDERED in Chambers, Miami, Florida, this _9th_ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf